**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SAMUEL LEWIS TAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:15CV1618 JCH |
| TROY STEELE, et al., | ) ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On January 11, 2016, service was returned unexecuted for defendant Clive Hedrick because defense counsel is unable to contact him. Counsel was unable to waive service for defendant Eric Dunn because counsel was informed that he passed away. As a result, the Court will order defendants to submit the last known home addresses for these defendants under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that defendants are directed to submit the last known home addresses for Clive Hedrick and Eric Dunn to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

Dated this    13th    day of January, 2016.

                              \s\    Jean C. Hamilton
                         UNITED STATES DISTRICT JUDGE