# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL LEWIS TAYLOR, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:15CV1618 JCH |
| TROY STEELE, et al., | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Court is unable to obtain the service information for defendant Eric Dunn. Therefore, plaintiff must provide the Court with an address where Dunn can be served with process. If plaintiff fails to provide the Court with the address by February 29, 2016, the Court will dismiss Dunn without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must provide the Court with an address where Dunn can be served with process no later than **February 29, 2016.**

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss Dunn without prejudice.

Dated this   11th    day of February, 2016.

                \s\   Jean C. Hamilton
UNITED STATES DISTRICT JUDGE