UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL LEWIS TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1618 JCH |
| | ) | |
| TROY STEELE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

Plaintiff has failed to comply with the Court's Order dated February 11, 2016, in which the Court ordered him to provide it with Eric Dunn's address no later than February 29, 2016. As a result, defendant Dunn is dismissed under Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Eric Dunn is **DISMISSED** without prejudice.

An Order of Partial Dismissal will be filed separately.

Dated this    3rd    day of March, 2016.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE