# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SAMUEL LEWIS TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15-CV-1618 JCH |
| TROY STEELE, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit for calculation and collection of the appellate filing fees pursuant to 28 U.S.C. § 1915(b).

On August 31, 2017, the Court granted plaintiff in forma pauperis status on appeal, but has not yet calculated and collected the appellate filing fees. Plaintiff has filed a certified copy of his inmate account statement as required by 28 U.S.C. § 1915(a)(2). Based on the information provided in plaintiff's inmate account statement, plaintiff must pay an initial partial filing fee of 1.98, which is twenty percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

Under 28 U.S.C. § 1915(b)(2), after payment of the initial partial filing fee, the agency having custody of plaintiff shall forward payments from the plaintiff's account to the Clerk of the Court each time the amount in his account exceeds $10.00 until the filing fees are paid in full. The Court will request that the agency having custody of plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $505 appellate fee is paid in full.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial filing fee of $1.98 within

thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that the Clerk shall request that the agency having custody of plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $505 appellate fee is paid in full.

Dated this 12th day of March, 2018.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE